**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| MAGDELYNE LOOPER, on behalf of herself and all other persons similarly situated, known and unknown, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 1:21-cv-02491-RLY-MG ) |
| CLASSIC DINING OF DALEVILLE, LLC | ) ) |
| Defendant. | ) ) |

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Magdelyne Looper, and Defendant, Classic Dining of Daleville, LLC, through their undersigned counsel, hereby jointly stipulate to the dismissal of this action in its entirety, with prejudice, in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party is to bear her, or their, own attorneys' fees, costs, and expenses and no party is otherwise entitled to any payment of attorneys' fees, costs, and expenses incurred in this matter either statutorily (as a prevailing party) or otherwise as a result of this dismissal.

Specifically with regard to attorneys' fees, costs, and expenses, Plaintiff stipulates and agrees that this is a voluntary dismissal of her claim, which she initiated, and she is not otherwise a prevailing party as defined by the Fair Labor Standards Act. Plaintiff's counsel stipulates and agrees that they and their respective firms are not seeking and will not seek attorneys' fees, costs, or expenses from Defendant in this matter in any form as part of Plaintiff's voluntary dismissal of this action.

Dated: December 14, 2021                              Respectfully submitted,

| **MAGDELYNE LOOPER**<br><br>**/s/**   *Clifford P. Bendau, II*<br>Clifford P. Bendau II (cliff@bswages.com)<br>Bendau & Bendau PLLC<br>P.O. Box 97066<br>Phoenix, AZ 85060<br>Telephone: (480) 382-5176<br>Fax: (480) 304-3805<br><br>James L. Simon (james@bswages.com)<br>The Law Offices of Simon & Simon<br>5000 Rockside Road, Suite 520<br>Independence, OH 44131<br>Telephone: (216) 525-8890<br>Fax: (216) 642-5814<br><br>**COUNSEL FOR PLAINTIFF** | **CLASSIC DINING OF DALEVILLE LLC**<br><br>**/s/**       *Stephanie Dinkel*<br>Stephanie M. Dinkel (sdinkel@kdllclaw.com)<br>Renée L. Koehler (rkoehler@kdllclaw.com)<br>Koehler Dinkel LLC<br>900 S. Frontage Road, Suite 300<br>Woodridge, IL 60517<br>Telephone: (630) 505-9939<br>Fax: (630) 505-9969<br><br><br>**COUNSEL FOR DEFENDANT** |