**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| MAGDELYNE LOOPER, on behalf of herself and all other persons similarly situated, known and unknown, | ) ) ) ) |
| Plaintiff, | ) |
| v. | ) Case No.: 1:21-cv-02491-RLY-MG ) |
| CLASSIC DINING OF DALEVILLE, LLC | ) ) |
| Defendant. | ) ) |

**ORDER**

This cause coming to be heard before the Court upon the parties' Joint Stipulation to Dismiss, the Court having considered said Joint Stipulation and being duly advised in the premises now approves the parties' joint stipulation to dismiss, and it is:

**ORDERED** that this action is dismissed in its entirety, with prejudice, with each party to bear their own attorneys' fees, expenses, and costs as stated in the parties' Joint Stipulation of Dismissal.

__12/15/2021__
DATE

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record